AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 15, 15A, 15C & 15D, AFL-CIO et al.

V.

Modern Continental Construction Co., Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV. 9906**

TO: (Name and address of defendant)

Modern Continental Construction Co., Inc.
950 Fountain Avenue
Brooklyn, New York 11208

JUDGE GRIESA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(BY) DEPUTY CLERK

DATE: NOV - 9 2007

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9906  AND FILED ON  11/9/2007

THE ANNUITY, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15,15A,15C & 15D,  Plaintiff(s)/Petitioner(s)
Vs.
MODERN CONTINENTAL CONSTRUCTION CO., INC.  Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 12/4/2007 at 4:39PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: MODERN CONTINENTAL CONSTRUCTION CO., INC.  (herein called recipient) therein named.
At Location: 950 FOUNTAIN AVENUE
BROOKLYN NY 11208

By delivering to and leaving with BRIAN CONLAN and that deponent knew the person so served to be the MANAGING AGENT of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M  Color of Skin: WH  Color of Hair: BLACK
Age: 41  Height: 6'1"
Weight: 195  Other Features

Sworn to before me on 12/7/2007

Eric Averbach
Server's License#: 918927

GAIL WILLIAMS
Notary Public, State of New York
No. 4966052
Qualified in Westchester County
Commission Expires September 30, 2010