UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, LYNN A. MOUREY, ROBERT
SHAW and RUSSELL SHAW, and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

STIPULATION
EXTENDING TIME TO
ANSWER COMPLAINT

07-CIV-9906 (TPG)

Plaintiffs,

-against-

MODERN CONTINENTAL CONSTRUCTION CO., INC.,

Defendant.
----------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 1/3/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorney of record for the Plaintiffs and Defendant in the above-captioned matter, that the time for Defendant MODERN CONTINENTAL CONSTRUCTION CO., INC. to answer the Complaint in the above captioned action is extended up to and including January 24, 2008. Said Defendant waives any defense based upon the lack of personal jurisdiction.

Dated: Hastings-on-Hudson, New York
December 20, 2007

BRADY McGUIRE & STEINBERG, P.C.

By: James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

By: Terri Powers

Thomas Powers, ESQ.

General Counsel -- Modern Continental
175 Purchase Street
Boston, MA 02110
(617) 330-3826

SO ORDERED:

Thomas P. Griesa, U.S.D.J.

1/3/08