UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,     **STATEMENT**
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES   **OF DAMAGES**
JAMES T. CALLAHAN, LYNN A. MOUREY,
ROBERT SHAW and RUSSELL SHAW, and JOHN and      07-CIV-9906 (TPG)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                            Plaintiffs,

    -against-

MODERN CONTINENTAL CONSTRUCTION CO., INC.,

                            Defendant.
------------------------------------------------------------------------X

| | |
|---|---|
| Principal Amount Sued For: | $73,687.03 |
| Interest at 7.5% (prime rate of 6.5% *plus* 1.0%, as prescribed by the Plan) from August 1, 2006 through January 29, 2008: | $8,290.00 |
| Statutory Damages: | $8,290.00 |
| Attorneys' Fees: | $1,638.75 |
| *Costs and Disbursements:* Clerk's Fee: Process Server Fee for Service: | $350.00 $55.00 |
| TOTAL: | $92,310.78 |