EXHIBIT "B"

# LOCAL 15

| | | | |
|---|---|---|---|
| Employer | MODERN CONTINENTAL CO., INC. | | |
| Address | 950 Fountain Ave., Brooklyn, NY 11208 | | |
| Mail Recap To | 950 Fountain Ave., Brooklyn, NY 11208 | | |
| Telephone # | 617-423-9444 | Ext. | Fax # |
| Email Address | pneenan@moderncontinental.com | | |
| Contact | Paul Neenan | | Position |
| Principal | | | Position Bookkeeper |
| Audit Period | 07/01/2003 - 07/31/2006 | | |

| | |
|---|---|
| TOTAL DUE - 15A | $ 27,580.10 |
| TOTAL DUE - 15D | $ 46,106.93 |
| **GRAND TOTAL AMOUNT DUE** | **$ 73,687.03** |

APPENDIX A

# LOCAL 15A FRINGE BENEFIT DEFICIENCY

MODERN CONTINENTAL CO., INC.
Audit Period From 07/01/2003 To 06/30/2006

| Period | NAME | SSN | P/R Hours Reg | P/R Hours DT | Out Of Jur Hrs | Redeemed Hours Reg | Redeemed Hours DT | Difference Reg | Difference DT |
|---|---|---|---|---|---|---|---|---|---|
| 15, 15A | | | | | | | | | |
| 07/01/2003 - 06/30/2004 | | | | | | | | | |
| | AUSTIN * SHELDON | 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 | 57.00 | 2.00 | 0.00 | 16.00 | 2.00 | 41.00 | 0.00 |
| | CAFARO * MICHAEL | 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 | 832.00 | 167.00 | 0.00 | 784.00 | 161.50 | 48.00 | 5.50 |
| | CONNOLLY * JOHN | 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 | 2,096.00 | 938.00 | 0.00 | 1,960.00 | 885.00 | 136.00 | 53.00 |
| | CUNNIUS * PERRY | 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 | 1,856.00 | 192.50 | 0.00 | 1,832.00 | 189.50 | 24.00 | 3.00 |
| | DINI * LOUIS | 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 | 968.00 | 217.50 | 0.00 | 920.00 | 212.00 | 48.00 | 5.50 |
| | FLORIO * JAMES | 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 | 560.00 | 88.50 | 0.00 | 480.00 | 80.00 | 80.00 | 8.50 |
| | GUADAGNO * ANTHONY | 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 | 965.00 | 157.00 | 0.00 | 917.00 | 148.50 | 48.00 | 8.50 |
| | JACOBSEN * ANDREW | 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 | 1,184.00 | 8.50 | 0.00 | 976.00 | 4.00 | 208.00 | 4.50 |
| | LEMMERMAN * RICHARD | 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 | 88.00 | 2.00 | 0.00 | 40.00 | 2.00 | 48.00 | 0.00 |
| | LOISE * JOSEPH | 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 | 146.00 | 23.00 | 0.00 | 0.00 | 0.00 | 146.00 | 23.00 |
| | MAGEE * THOMAS | 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 | 72.00 | 8.00 | 0.00 | 32.00 | 8.00 | 40.00 | 0.00 |
| | PAGANO * DARRAN | 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 | 1,992.00 | 474.50 | 0.00 | 1,936.00 | 465.00 | 56.00 | 9.50 |
| | PETERSON * JOHN | 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 | 1,920.00 | 191.50 | 0.00 | 1,896.00 | 179.00 | 24.00 | 12.50 |
| | RUTTURA * TIMOTHY | 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 | 91.00 | 0.00 | 0.00 | 0.00 | 0.00 | 91.00 | 0.00 |
| | SANTOSTEFANO * VITO | 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 | 896.00 | 140.50 | 0.00 | 848.00 | 133.50 | 48.00 | 7.00 |
| | SARINICK * JOHN | 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 | 114.00 | 31.00 | 0.00 | 16.00 | 5.00 | 98.00 | 26.00 |
| | VECCHIO,CHARLES | 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 | 46.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46.00 | 0.00 |
| | | | 13,883.00 | 2,641.50 | 0.00 | 12,653.00 | 2,475.00 | 1,230.00 | 166.50 |

CREDIT FOR UNREDEEMED HOURS              -272.00   -27.50
TOTAL HOURS DUE                           958.00   139.00
FRINGE BENEFIT RATE                        18.95    34.00
FRINGE BENEFIT DEFICIENCY              18,154.10  4,726.00
TOTAL AMOUNT DUE 7/1/03 - 6/30/04                  $ 22,880.10

| Period | NAME | SSN | Reg | DT | Hrs | Reg | DT | Reg | DT |
|---|---|---|---|---|---|---|---|---|---|
| 15, 15A | | | | | | | | | |
| 07/01/2004 - 06/30/2005 | | | | | | | | | |
| | CONNOLLY * JOHN | 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 | 320.00 | 12.00 | 0.00 | 136.00 | 12.00 | 184.00 | 0.00 |
| | CUNNIUS * PERRY | 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 | 1,824.00 | 286.00 | 0.00 | 1,800.00 | 282.00 | 24.00 | 4.00 |

APPENDIX A

## MODERN CONTINENTAL CO., INC.
### Audit Period From 07/01/2003 To 06/30/2006

| Period | NAME | SSN | P/R Hours | | | Out Of Jur | | Redeemed Hours | | Difference | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Reg | DT | Hrs | Reg | DT | Reg | DT | Reg | DT |
| | FIORE * JOHN | 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 | 299.00 | 0.00 | 0.00 | 0.00 | 0.00 | 299.00 | 0.00 | 0.00 | 0.00 |
| | LOISE * JOSEPH | 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 | 28.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28.00 | 8.00 |
| | PETERSON * JOHN | 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 | 2,008.00 | 63.00 | 0.00 | 0.00 | 0.00 | 1,984.00 | 63.00 | 24.00 | 0.00 |
| | RUTTURA * TIMOTHY | 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 | 28.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28.00 | 0.00 |
| | | | 4,507.00 | 369.00 | 0.00 | 0.00 | 0.00 | 3,920.00 | 357.00 | 587.00 | 12.00 |

CREDIT FOR UNREDEEMED HOURS                    -352.00    -12.00
TOTAL HOURS DUE                                 235.00      0.00
FRINGE BENEFIT RATE                              20.00     35.85
FRINGE BENEFIT DEFICIENCY                         0.00      0.00
TOTAL AMOUNT DUE 7/1/04 - 6/30/05                        4,700.00
GRAND TOTAL FRINGE BENEFIT DEFICIENCY:     $   4,700.00
                                           $  27,580.10

IUOE LOCAL 15D P/R AUDIT - MODERN CONTINENTAL CO., INC.
FRINGE BENEFIT DEFICIENCY SCHEDULE
AUDIT PERIOD: 8/1/03-7/31/06

APPENDIX A

| NAME | SS# | P/R HOURS REG. | P/R HOURS O.T. | P/R HOURS D.T. | REDEEMED HOURS LOCAL 15D REG. | REDEEMED HOURS LOCAL 15D O.T. | REDEEMED HOURS LOCAL 15D D.T. | REDEEMED HOURS LOCAL 15A REG. | REDEEMED HOURS LOCAL 15A O.T. | REDEEMED HOURS LOCAL 15A D.T. | DIFFERENCE REG. | DIFFERENCE O.T. | DIFFERENCE D.T. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/1/03-6/30/04 | | | | | | | | | | | | | |
| CARROLL, BRIAN | 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 | 1797 | 363 | 1.5 | 1606 | 274 | 1.5 | 72 | 0 | 0 | 119 | 89 | 0 |
| DOWLING, RICHARD | 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 | 1820 | 270 | 8 | 1467 | 188.5 | 0 | 40 | 0 | 8 | 313 | 81.5 | 0 |
| HUMMEL, JASON | 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 | 497 | 4 | 0 | 168 | 4 | 0 | 0 | 0 | 0 | 329 | 0 | 0 |
| MARTINS, JOE | 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 | 1969 | 153 | 8 | 1513 | 110 | 0 | 40 | 0 | 0 | 416 | 43 | 0 |
| RAMIREZ, ENRIQUILLO | 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 | 1946 | 178 | 0 | 1594 | 142 | 0 | 0 | 0 | 0 | 352 | 36 | 0 |
| THOMPSON, CYRIL | 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 | 414 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 0 | 334 | 0 | 0 |
| TOTALS | | 8443 | 968 | 17.5 | 6428 | 718.5 | 1.5 | 152 | 0 | 16 | 1863 | 249.5 | 0 |
| | | | | | | | | CREDIT FOR UNREDEEMED | | | -155 | -13.5 | 0 |
| | | | | | | | | TOTAL HOURS DUE | | | 1708 | 236 | 0 |
| | | | | | | | | FRINGE BENEFIT RATE | | | $ 18.25 | $ 25.43 | $ 32.60 |
| | | | | | | | | FRINGE BENEFIT DEFICIENCY | | | $ 31,171.00 | $ 6,001.48 | $ - |
| | | | | | | | | TOTAL AMOUNT DUE | | | | | $37,172.48 |
| 7/1/04-6/30/05 | | | | | | | | | | | | | |
| EATON, ROBERT | 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 | 246 | 48 | 0 | 200 | 48 | 0 | 0 | 0 | 0 | 46 | 0 | 0 |
| LIMANDRI, JOHN | 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 | 248 | 38 | 18 | 200 | 38 | 18 | 0 | 0 | 0 | 48 | 0 | 0 |
| PEREZ, RAFAEL | 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 | 1005 | 136.5 | 18 | 640 | 136.5 | 18 | 0 | 0 | 0 | 365 | 0 | 0 |
| RAMIREZ, ENRIQUILLO | 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 | 1016 | 98.5 | 16 | 954 | 98.5 | 16 | 0 | 0 | 0 | 62 | 0 | 0 |
| SCHLEIER, PAUL | 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 | 738 | 119 | 36 | 670 | 119 | 36 | 0 | 0 | 0 | 68 | 0 | 0 |
| TOTALS | | 3253 | 440 | 88 | 2664 | 440 | 88 | 0 | 0 | 0 | 589 | 0 | 0 |
| | | | | | | | | CREDIT FOR UNREDEEMED | | | -120 | 0 | 0 |
| | | | | | | | | TOTAL HOURS DUE | | | 469 | 0 | 0 |
| | | | | | | | | FRINGE BENEFIT RATE | | | $ 19.05 | $ 26.50 | $ 33.95 |
| | | | | | | | | FRINGE BENEFIT DEFICIENCY | | | $ 8,934.45 | $ - | $ - |
| | | | | | | | | TOTAL AMOUNT DUE | | | | | $ 8,934.45 |

TOTAL AMOUNT DUE LOCAL 15D    $46,106.93