UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, LYNN A. MOUREY, ROBERT
SHAW and RUSSELL SHAW, and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                                              Plaintiffs,

                    -against-

MODERN CONTINENTAL CONSTRUCTION CO., INC.,

                                              Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/08

**SATISFACTION
OF JUDGMENT**

07-CIV-9906 (TPG)

#08, 0533

WHEREAS, a judgment was entered in the above action on February 11, 2008, in favor

of the Plaintiffs THE ANNUITY, WELFARE and APPRENTICESHIP SKILL

IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING

ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO and against Defendant MODERN

CONTINENTAL CONSTRUCTION CO., INC., in the amount of $92,310.78, and said

judgment with interest and costs thereon having been fully paid, and it is certified that there are

no outstanding executions with any Sheriff or Marshall.

NOW, THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Hastings-on-Hudson, New York
      May 8, 2008

BRADY McGUIRE & STEINBERG, P.C.

By: _____

James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

TO:   MODERN CONTINENTAL CONSTRUCTION CO., INC.
      540 Groton Road
      Westford, MA 01886